# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **GREGG McNAMARA,** | ) | Case No. CV 13-6824-JGB (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **PEOPLE OF THE STATE OF CALIFORNIA,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the coram nobis petition is dismissed for lack of jurisdiction.

Dated: October 31, 2013

[signature]

Jesus G. Bernal
United States District Judge